IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Steward, Brian | Case Number:  04 B 04514 |
| | Judge: Squires, John H |
| Printed: 4/15/08 | Filed: 2/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 25, 2007
Confirmed: April 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 28,099.18 | |
| Secured: | | 24,266.94 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,794.00 |
| Trustee Fee: | | 1,411.92 |
| Other Funds: | | 626.32 |
| Totals: | 28,099.18 | 28,099.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 1,794.00 | 1,794.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 21,671.52 | 17,731.08 |
| 4. | Americredit Financial Ser Inc | Secured | 5,281.31 | 5,281.31 |
| 5. | American General Finance | Secured | 1,254.55 | 1,254.55 |
| 6. | Peoples Energy Corp | Unsecured | 1,834.04 | 0.00 |
| 7. | Cook County Treasurer | Priority | | No Claim Filed |
| 8. | South Shore Hospital | Unsecured | | No Claim Filed |
| 9. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 10. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 11. | Dunn & Bradstreet | Unsecured | | No Claim Filed |
| 12. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 13. | Advocate Health Care | Unsecured | | No Claim Filed |
| 14. | Providian Bank | Unsecured | | No Claim Filed |
| 15. | American General Finance | Unsecured | | No Claim Filed |
| | | | $ 31,835.42 | $ 26,060.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 166.32 |
| 4% | 132.76 |
| 6.5% | 423.19 |
| 3% | 69.56 |
| 5.5% | 365.21 |
| 5% | 77.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Steward, Brian

Printed: 4/15/08

Case Number: 04 B 04514
Judge: Squires, John H
Filed: 2/6/04

|       |        |
|-------|--------|
| 4.8%  | 149.00 |
| 5.4%  |  28.11 |
|       | _____ |
|       | $ 1,411.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____